**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Brent Michael WALLER,**
**Defendant–Appellant.**

**No. 11–30232.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 15, 2012.*

Filed May 21, 2012.

USBI—Office of the U.S. Attorney, Billings, MT, Leif Johnson, Assistant U.S.,

USBI—Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Lisa Jeannine Bazant, Billings, MT, for Defendant–Appellant.

Before: CANBY, GRABER, and M. SMITH, Circuit Judges.

MEMORANDUM **

Brent Michael Waller appeals from the 72–month sentence imposed following his guilty-plea conviction for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Waller contends that his above-Guidelines sentence is substantively unreasonable. In light of the totality of the circumstances and the 18 U.S.C. § 3553(a) sentencing factors, the 72–month sentence is substantively reasonable. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007).

**AFFIRMED.**

---

cation and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.